IN THE UNITED STATES BANKRUPTCY COURT
FOR District of Nevada

In Re:

Malik  Price                                                                                   ) Case No:  07-18665
                                                                                                ) Chapter:  13
                                                                                                )
SSN: *****1590                                                                      )
SSN:                                                                                         )

                                        Debtor(s)

REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of HSBC Mortgage Services  and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

                            Respectfully Submitted,
                            Moss Codilis, L.L.P.

                            /s/ Michael S. Margolf January 08, 2008

                            Moss Codilis, L.L.P.
                            AUTHORIZED AGENT/ENTITY
                            FOR THE CREDITOR
                            Phone: 303-799-6966
                            Fax:  720-240-5454

                            Creditor:
                            HSBC Mortgage Services
                            P O Box 21188
                            Eagan, MN 55121-4201
                            Loan Number: ******5615

Debtor Attorney= RANDOLPH GOLDBERG
Trustee = RICK A. YARNALL
Court = US BK CT

377361