**ECF filed on:**

FEB **0 6** 2008

1  Stephanie L. Cooper, Esquire
   Nevada Bar No. 5919
2  THE COOPER CASTLE LAW FIRM
   f/k/a THE COOPER CHRISTENSEN LAW FIRM, LLP
3  820 South Valley View Blvd.
   Las Vegas, NV 89107
4  (702) 435-4175/(702) 435 4181 (facsimile)
   Loan No. 195776885 / Our File No. 08-02-0536
5  Attorney for Secured Creditor
   Brice, Vander Linden & Wernick, P.C. On Behalf of Wells Fargo Bank, N.A. successor by
6  merger to Wells Fargo Home Mortgage, Inc. Fka Norwest Mortgage, Inc.

                    UNITED STATES BANKRUPTCY COURT
7                        DISTRICT OF NEVADA

8  In re:

9                                      CHAPTER 13
      MALIK PRICE,                     BANKRUPTCY NO.: 07-18665-MKN

10         Debtor(s)                   DATE: N/A
                                       TIME: N/A
11
           <u>REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED
12                     TO THE MASTER MAILING LIST</u>

13    TO:    **MALIK PRICE, DEBTOR(S)**

      TO:    **ANDOLPH GOLDBERG, ESQ., ATTORNEY FOR THE DEBTOR(S)**
14
      TO:    **RICK A. YARNALL, CHAPTER 13 TRUSTEE**
15
      TO:    **ALL INTERESTED PARTIES**
16
      TO:    **THE CLERK OF THE ABOVE-ENTITLED COURT**

17        **NOTICE IS HEREBY GIVEN** that Brice, Vander Linden & Wernick, P.C. On

18  Behalf of Wells Fargo Bank, N.A., as a Secured Creditor in the above-entitled action requests

19  that the above-captioned address of its attorney of record be added to the master mailing list in

20  this case and that its attorney receive notice of all proceedings in this matter.

21

22                              _____
                                Stephanie L. Cooper, Esquire
23                              Attorney for Secured Creditor
                                **Brice, Vander Linden & Wernick, P.C.**
24                              On Behalf of Wells Fargo Bank, N.A. successor by merger
                                to Wells Fargo Home Mortgage, Inc.
25                              Fka Norwest Mortgage, Inc.

1  Stephanie L. Cooper, Esquire
   Nevada Bar No. 5919
2  THE COOPER CASTLE LAW FIRM
   f/k/a THE COOPER CHRISTENSEN LAW FIRM, LLP
3  820 South Valley View Blvd.
   Las Vegas, NV 89107
4  (702) 435-4175/(702) 435 4181 (facsimile)
   Loan No. 195776885 / Our File No. 08-02-0536
5
   Attorney for Secured Creditor
6  Brice, Vander Linden & Wernick, P.C. On Behalf of Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. Fka Norwest Mortgage, Inc.
7
                    UNITED STATES BANKRUPTCY COURT
8                          DISTRICT OF NEVADA

9   In re:

10                                              CHAPTER 13
            MALIK PRICE,                        BANKRUPTCY NO.: 07-18665-MKN
11
                                                DATE:  N/A
12          Debtor(s)                           TIME:  N/A

13
              **DECLARATION OF MAILING OF SECURED CREDITORS REQUEST FOR
14                                   SPECIAL NOTICE**

15      The undersigned hereby declares and certifies that on __02-06__, 2008, a copy of

16  the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties

17  by depositing a copy of the same in the United States Mail, postage prepaid and addressed to:

18
    Randolph Goldberg, Esq.              Rick A. Yarnall
19  4000 S. Eastern Ave., #200           Chapter 13 Trustee
    Las Vegas, NV 89119                  701 Bridger Avenue, Suite 820
20                                       Las Vegas, NV 89101

21

22      I declare under penalty of perjury that the foregoing is true and correct.

23

24                                  _____Tyler Shanpe_____
                                    An employee of THE COOPER CASTLE LAW FIRM
25